UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60151-CR-ZLOCH
          13-62156-CIV-ZLOCH
          16-61487-CIV-ZLOCH

KIRBY BARONVILLE,

    Movant,

vs.                              **O R D E R**

UNITED STATES OF AMERICA,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 71) filed herein by United States Magistrate Judge Patrick A. White and Movant's Motion For Relief From A Judgment Or Order Pursuant To Civil Rule 60(b)(DE 68). No objections to said Report have been filed. The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

    Movant's Motion (DE 68), while filed in his criminal case, Case No. 08-60151, in fact seeks relief in his civil habeas case, Case No. 13-62156-CIV-ZLOCH. In a second habeas case, Case No. 16-61487-CIV-ZLOCH, this Court entered its Final Order Of Dismissal (DE 11), due to the fact that Movant's Motion To Vacate Sentence Under 28 U.S.C. § 2255 (DE 1) was a second or successive motion to vacate, set aside, or correct a federal sentence, which had not been authorized by the Eleventh Circuit Court Of Appeals. See DE 11. His earlier habeas case, Case No. 13-62156, had been dismissed as untimely. In his Report (DE 71), Magistrate Judge White concludes that, with respect to the instant Motion (DE 68), it is not timely, and additionally, not meritorious, as Movant is

attempting to re-litigate the untimeliness of his prior petition, through arguments previously rejected. The Court adopts Magistrate Judge White's reasoning and conclusions.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Report Of Magistrate Judge (DE 71) filed herein by United States Magistrate Judge Patrick A. White be and the same is hereby approved, adopted, and ratified by the Court; and

2. Movant's Motion For Relief From A Judgment Or Order Pursuant To Civil Rule 60(b)(DE 68) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___13th___ day of November, 2018.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record

Kirby Baronville, <u>PRO SE</u>
77720-004
Marianna
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 7007
Marianna, FL 32447