## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-60151-CR-MARTINEZ/BECERRA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KIRBY BARONVILLE,

      Defendant.

_____/

### REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1, 2, 3, 4, 5 AND 6

    **THIS CAUSE** came before me on January 11, 2023.  Having conducted a hearing, I recommend as follows:

    1.      A Superseding Petition for Offender Under Supervision (the "Superseding Petition") was filed in this case on October 21, 2022.  DE 104.

    2.      The Defendant appeared before me for a hearing on January 11, 2023. At the hearing, the Defendant admitted to Violation Numbers 1, 2, 3, 4, 5, and 6 as set forth in the Superseding Petition.  The Government agreed to dismiss Violation Number 7 at sentencing.

    3.      The possible maximum penalties faced by the Defendant were read into the record by the Government.  The Defendant stated that he understood those penalties.

    4.      I questioned the Defendant on the record and made certain that he understood his right to an evidentiary hearing.  The Defendant acknowledged that he understood his rights in that regard and further understood that if his admissions to Violation Numbers 1, 2, 3, 4, 5, and 6 are

accepted, all that will remain will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

5.      The Government proffered a factual basis for the Defendant's admissions.  The Defendant agreed that the facts proffered by the Government are true and the Government could prove those facts if a hearing were held in this matter. Having heard the factual proffer and testimony, I find that the proffered facts establish a sufficient factual basis to support the Defendant's admissions to Violation Numbers 1, 2, 3, 4, 5, and 6.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, I recommend to the District Court that the Defendant be found to have violated the terms and conditions of his supervised release as set forth in Violation Numbers 1, 2, 3, 4, 5, and 6 of the Superseding Petition, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case.  Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 19th day of January, 2023.

SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE