UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60151-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

KIRBY BARONVILLE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1, 2, 3, 4, 5, AND 6

**THIS CAUSE** came before the Court upon the Superseding Petition for Offender Under Supervision ("Petition") [DE: 104] before a Magistrate Judge.

**THE MATTER** was convened before Magistrate Judge Shaniek M. Maynard on January 11, 2023 and a Report and Recommendation was filed, [DE: 112], recommending that the Defendant be found to have violated his supervised release as to Violation Numbers 1, 2, 3, 4, 5, and 6 as set forth in the Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 112] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty to Violations Number 1, 2, 3, 4, 5, and 6 as set forth in the Petition, charging him with **Violation of Standard Conditions**, as proffered on the record during the hearing by the Government.

Sentencing in this matter will be set on **Thursday, March 16, 2023 at 11:30 a.m.** at the United States Courthouse, Courtroom 4074, 101 South U.S. Highway One, Fort Pierce, Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of February, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office